ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUN 22 A 10: 56

CLERK _____
SO. DIST. OF GA.

TONY A. GOODMAN, )
)
Plaintiff, )
)
v. ) CV 312-015
)
BRIAN OWENS, et al., )
)
Defendants. )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 22nd day of June, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE